**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMEKA DEW**<br>Plaintiff | CIVIL ACTION |
| v. | NO: 2:25-CV-02135 |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**,<br>Defendants | JUDGE SUSIE MORGAN<br><br>MAGISTRATE EVA J. DOSSIER |

## EX PARTE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **TAMEKA DEW**, who requests leave to file her second amended complaint for the reasons set forth in her memorandum attached hereto. **WHEREFORE**, Plaintiff **TAMEKA DEW**, prays her motion for leave be granted and her Second Amended Complaint be filed in this matter.

Respectfully submitted,

*/s/Loyd J. Bourgeois, Jr.*
Loyd J. Bourgeois, Jr., La. Bar No. 29771
50 Wade St., Ste. 9
Luling, Louisiana 70070
Tel: (985) 240-9773; Fax: (866) 882-3988
Email: loyd@ljblegal.com
*Attorney for Plaintiff*