**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMEKA DEW**<br>Plaintiff | CIVIL ACTION |
| v. | NO: 2:25-CV-02135 |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br>Defendants | JUDGE SUSIE MORGAN<br><br>MAGISTRATE EVA J. DOSSIER |

# MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **TAMEKA DEW**, who hereby files this memorandum in support of her Motion for Leave to File Second Amended Complaint, and hereby avers as follows:

Plaintiff improperly named the defendant The Lincoln National Life Insurance Company as Lincoln Financial Group in her original petition. She then filed an amended petition to properly name The Lincoln National Life Insurance Company, however a reference to the improperly named Lincoln Financial Group remained in the Prayer of the Amended Complaint. Plaintiff requests leave to remove the reference to the improperly named party and make clear the complaint is only against The Lincoln National Life Insurance Company. Plaintiff further notes an answer has not yet been filed in the matter and the filing of this Second Amended Complaint will not unduly delay these proceedings.

Wherefore, Plaintiff, Tameka Dew, prays this Honorable Court grant the leave requested for the reasons set forth herein.

Respectfully submitted,

*/s/Loyd J. Bourgeois, Jr.*
Loyd J. Bourgeois, Jr., La. Bar No. 29771
50 Wade St., Ste. 9
Luling, Louisiana 70070
Tel: (985) 240-9773; Fax: (866) 882-3988
Email: loyd@ljblegal.com
*Attorney for Plaintiff*