**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMEKA DEW**<br>Plaintiff | CIVIL ACTION |
| v. | NO: 2:25-CV-02135 |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**,<br>Defendants | JUDGE SUSIE MORGAN<br><br>MAGISTRATE EVA J. DOSSIER |

# ORDER ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The Plaintiff in this cause has requested leave to file her Second Amended Complaint;

IT IS HEREBY ORDERED:

Plaintiff's application for leave to file her Second Amended Petition is GRANTED; and

Plaintiff's Second Amended Petition attached to the Motion for Leave shall be filed into the record of this matter.

New Orleans, Louisiana, ________________________________, 20______.

______________________________
UNITED STATES JUDGE