**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMEKA DEW,**<br>**Plaintiff** | **CIVIL ACTION** |
| | **NO. 2:25-cv-02135-SM-EJD** |
| **V.** | **JUDGE SUSIE MORGAN** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br>**Defendant** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

**ORDER**

Considering the foregoing motion;

**IT IS ORDERED** that the motion is **GRANTED**. Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

**New Orleans, Louisiana, this 11th day of December, 2025.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**