**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

## TRANSFER ORDER

IT IS ORDERED that the following Section "E" cases are hereby reallotted to Judge William Crain, Section "C" of this Court, effective as of the date of this Order.

**Civil:**

1. 24-836 Lee et al v. R&R Home Care, Inc. et al
2. 25-1070 Fontenelle v. Turlich et al
3. 25-1702 Ratliff v. Creel et al
4. 25-1766 Rivera v. Leboeuf
5. 25-2135 Dew v. Lincoln National Life Insurance Company
6. 25-2305 Pate v. Sewell
7. 25-2329 Johnson v. Lincoln National Life Insurance Company
8. 25-2339 Martin v. Jefferson Parish
9. 25-2546 Clark et al v. Terrebonne Parish Sheriff's Office et al

**Criminal:**

25-cr-257 USA v. Reginald Dijon Theriot

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "C" directing otherwise.

New Orleans, Louisiana this 7th day of January, 2026.

Wendy B. Vitter

**WENDY B. VITTER, Chief Judge**
**United States District Court**