UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEMEKA DEW | CIVIL ACTION |
| VERSUS | NO. 25-2135 |
| LINCOLN NATIONAL INSURANCE COMPANY | SECTION: "C" (3) |

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**IT IS ORDERED** that a settlement conference is scheduled for **Thursday, May 21, 2026, at 1:30 p.m.,** before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Requirements.

New Orleans, Louisiana, this 21st day of January, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE