**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TAMEKA DEW,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:25-cv-02135-WJC-EJD** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **DISTRICT JUDGE WILLIAM J. CRAIN** |
| **Defendant.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

# JOINT STIPULATION REGARDING ERISA PLAN

Pursuant to the ERISA Case Management Order entered by the Court on December 18, 2025 (Document 14), Plaintiff, Tameka Dew, and Defendant, The Lincoln National Life Insurance Company, stipulate as follows:

a. ERISA governs the employee benefit plan and policy at issue in the above-styled action;

b. The relevant plan documents contain sufficient language to vest the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan.

c. ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

Dated this 12th day of February 2026.

Respectfully submitted,

*/s/Loyd J. Bourgeois, Jr.*
Loyd J. Bourgeois, Jr., La. Bar No. 29771

50 Wade St., Ste. 9
Luling, Louisiana 70070
Tel: (985) 240-9773; Fax: (866) 882-3988
Email: loyd@ljblegal.com
**COUNSEL FOR PLAINTIFF**

**AND**

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

*<u>/s/ Lindsay Calhoun</u>*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874))
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers