**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TAMEKA DEW,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:25-cv-02135-WJC-EJD** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **DISTRICT JUDGE WILLIAM J. CRAIN** |
| **Defendant.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

**UNOPPOSED MOTION TO FILE DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL**

COMES NOW Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through its undersigned counsel, and respectfully moves this Honorable Court for leave to file the exhibits to Defendant's Submission of Administrative Record under seal as said exhibits contain confidential business records and Plaintiff's personal and confidential medical information.

Through the date of the filing of this motion, Lincoln has not made public the information subject to this motion. There is no need for public access to, or disclosure of, these materials. There is no basis for any party to assert prejudice from under-seal filing. Counsel for Plaintiff has been contacted and has no opposition to this request.

A redacted version of the documents is not submitted herewith, due to the voluminous pages of contents requiring redaction (nearly 8,000 pages).

WHEREFORE, Lincoln respectfully requests the Court grant it leave to file under seal Exhibits 1 through 3 to *Defendant's Submission of Administrative Record*, to be withheld from public inspection and filed under seal in this case.

Dated this 13th day of February 2026.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ *Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

\- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874))
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers