**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TAMEKA DEW,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:25-cv-02135-WJC-EJD** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **DISTRICT JUDGE WILLIAM J. CRAIN** |
| **Defendant.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL**

**CONSIDERING** the *Unopposed Motion for Leave to File Administrative Record Under Seal* filed by Defendant, and finding it well-taken;

**IT IS HEREBY ORDERED** that Exhibits 1 through 3 to *Defendant's Submission of Administrative Record* shall be filed under seal and withheld from public inspection.

New Orleans, Louisiana, this _____ day of February 2026.

________________________________________

UNITED STATES DISTRICT JUDGE