**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **TAMEKA DEW,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:25-cv-02135-WJC-EJD** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **DISTRICT JUDGE WILLIAM J. CRAIN** |
| **Defendant.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

# DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL

Pursuant to the Order entered by the Court on December 18, 2025 (Document 14), Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record and requests that the Exhibits hereto be withheld from public inspection and filed under seal in this case:

1. Group Disability Income Policy and Certificate (Lincoln/Dew 0001-0095);
2. July 28, 2025, correspondence containing decision on appeal (Lincoln/Dew 0180-0185).
3. The Administrative Record pertaining to LTD claim (Lincoln/Dew 0096-0179 and 0186-7794).

Dated this 13th day of February 2026.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)

Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874))
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was forwarded via electronic mail on the 13th day of February 2026, to the following counsel of record:

Loyd J. Bourgeois, Jr.
Email: loyd@ljblegal.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers

# EXHBIT 1

# Group Disability Income Policy and Certificate

**(Lincoln/Dew 0001-0095)**

# (to be filed under seal)

# EXHBIT 2

# July 28, 2025, correspondence containing decision on appeal

**(Lincoln/Dew 0180-0185)**

# (to be filed under seal)

# EXHBIT 3

# The Administrative Record pertaining to LTD claim

**(Lincoln/Dew 0096-0179 and 0186-7794)**

# (to be filed under seal)