**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMEKA DEW** | **CIVIL ACTION** |
| **V.** | **NO. 25-2135** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: C (3)** |

# ORDER

Considering the Unopposed Motion to File Defendant's Submission of Administrative Record Under Seal filed February 13, 2026 (R. Doc. 18):

**IT IS ORDERED** that the motion is **GRANTED**. Exhibits 1 through 3 of Defendant's Submission of Administrative Record Under Seal (R. Doc. 18-2) shall be filed under seal and withheld from public inspection until further order of the court.

New Orleans, Louisiana, this 19th day of March, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE