UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMEKA DEW | CIVIL ACTION |
| VERSUS | NO. 25-2135 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION: "C" (3) |

**ORDER CANCELLING SETTLEMENT CONFERENCE**

Prior to the scheduled settlement conference, counsel advised that the case has settled. The settlement conference scheduled for Thursday, May 21, 2026, at 1:30 p.m., is **CANCELLED**. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

New Orleans, Louisiana, this 24th day of March, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE