**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TAMEKA DEW**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**CIVIL ACTION**

**NO: 25-2135**

**SECTION: C (3)**

## ORDER OF DISMISSAL

Considering the Joint Stipulation of Dismissal with Prejudice filed on April 17, 2026 (R. Doc. 23):

**IT IS ORDERED** that this action is dismissed, with prejudice.

New Orleans, Louisiana, this 20th day of April, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE